# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 25 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES OF AMERICA
VS.
Glenn L. Perez

CASE/CITATION NO. 2:16 MJ00013-AC

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
CITY    STATE    ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 2/15/16          _____ DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 180.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 190.00 within 30 days/months; or payments of $ _____ per month, commencing _____ and due on the 3/1/2016 of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
     completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[ ] CENTRAL VIOLATIONS BUREAU
    PO BOX 71363
    PHILADELPHIA, PA 19176-1363
    1-800-827-2982
       or
    Pay on-line at www.cvb.uscourts.gov
    and Click on "Pay On-Line"

[ ] CLERK, USDC
    2500 TULARE ST., RM. 1501
    FRESNO, CA 93721-1322

[X] CLERK, USDC
    501 I STREET, STE. 4-200
    SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 2/1/16          _____ U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                         EDCA-3